ACCEPTED
01-15-00375-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/7/2015 6:47:07 PM
CHRISTOPHER PRINE
CLERK

# CAUSE NO. 01-15-00375-CV

_____

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/8/2015 9:11:00 AM
CHRISTOPHER A. PRINE
Clerk

## IN THE FIRST COURT OF APPEALS IN HOUSTON, TEXAS

_____

LOST CREEK VENTURES, LLC D/B/A HAPPY BULLDOG MANAGEMENT; STEPHAN EPSTEIN, AND MARILYN ROTH EPSTEIN,

Appellants,

v.

ALAN PILGRIM,

Appellee.

_____

On Appeal from the County Court at Law No. 2 in Travis County, Texas
Transferred from the Third Court of Appeals in Austin, Texas

_____

## SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' BRIEF

_____

Tracy J. Willi
Willi Law Firm, P.C.
9600 Escarpment Blvd., Suite 745, PMB 34
Austin, TX 78749-1983
Tel. (512) 288-3200
Fax (512) 288-3202
twilli@willi.com

ATTORNEY FOR LOST CREEK VENTURES, LLC D/B/A HAPPY BULLDOG MANAGEMENT; STEPHAN EPSTEIN, AND MARILYN ROTH EPSTEIN

## SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' BRIEF

Happy Bulldog Management; Stephan Epstein, and Marilyn Roth Epstein, Appellants, filed this Second Unopposed Motion for Extension of Time to File Appellants' Brief and would show this Court as follows.

The trial court in this case entered judgment on November 10, 2014. While this is the second motion for extension filed in this case, the first motion filed on June 2, 2015 was unnecessary because this court automatically reset the deadline for filing Appellants' Brief to September 4, 2015 because the Reporter's Record was not filed until August 5, 2015. Thus, this is actually the first motion for extension of time to file the Appellants' Brief which would be ruled upon by this Court in this case.

The Appellants have had difficulty coming up with money to pay their attorney to pursue this appeal. As of September 7, 2015, the Appellants have been unable to pay their attorney for outstanding fees incurred. As a result, Appellants' counsel is filing, contemporaneously with this motion, a motion to withdraw as counsel in this matter. In order to provide the parties time to obtain new counsel if they choose to do so, counsel for Appellants requests an extension of time of thirty days to file the Appellants' Brief.

Appellants request an extension of time to **October 5, 2015** to file the Appellants' Brief. This motion is filed not for delay but so that justice can be done.

Respectfully submitted,


/s/ Tracy J. Willi
Tracy J. Willi
Texas Bar No. 00784633
Willi Law Firm, P.C.
9600 Escarpment Blvd., Suite 745, PMB 34
Austin, TX 78749-1983
Tel. (512) 288-3200
Fax (512) 288-3202
twilli@willi.com

ATTORNEY FOR LOST CREEK
VENTURES, LLC D/B/A HAPPY
BULLDOG MANAGEMENT; STEPHAN
EPSTEIN, AND MARILYN ROTH
EPSTEIN

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with opposing counsel, Lisa Bowlin Hobbs, and she is not opposed to this motion.

/s/ Tracy J. Willi
Tracy J. Willi

## CERTIFICATE OF SERVICE ON APPELLANTS

Since this motion is filed contemporaneously with a motion to withdraw, I hereby certify that this motion was served on Appellants by certified and first-class mail to the Appellants' last known address as follows:

Lost Creek Ventures, LLC d/b/a Happy Bulldog Management
Stephan Epstein
Marilyn Roth Epstein
7519 Stonecliff Dr.
Austin, TX 78731
512-476-5951

/s/ Tracy J. Willi
Tracy J. Willi

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that this document was filed with Clerk of Court through the Court's electronic filing system ("efs") and served on all counsel of record through efs or, if counsel is not registered for efs, then by email on September 7, 2015 as follows:

Lisa Bowlin Hobbs
Kuhn Hobbs, PLLC
3307 Northland Drive, Suite 310
Austin, TX 78731
(512) 476-6003
(512) 476-6002 (fax)
Lisa@kuhnhobbs.com

COUNSEL FOR APPELLEE, ALAN PILGRIM

/s/ Tracy J. Willi
Tracy J. Willi